UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Non Profit Corporation, and RONALD MOORE, Individually,<br><br>Plaintiffs,<br><br>-against-<br><br>HESS CORPORATION, a Delaware Corporation,<br><br>Defendant. | CASE NO. 2:10-CV-01897 (WJM)(MF) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel to the parties in the above-captioned action, that the time within which Defendant Hess Corporation ("Defendant") must answer, move against, or otherwise respond to the Complaint, is extended to and including **August 12, 2010**.

Dated: July 6, 2010
Newark, New Jersey

LAW OFFICE OF ALAN R. ACKERMAN

s/Alan R. Ackerman
Alan R. Ackerman, Esq.
1719 Route 10 East
Parsippany, New Jersey 07054
Phone: (973) 898-1177
*Attorneys for Plaintiffs*
*Access 4 All, Inc. and Ronald Moore*

PROSKAUER ROSE LLP

s/Joseph C. Nuzzo, Jr.
Joseph C. Nuzzo, Jr., Esq.
One Newark Center, 18th Floor
Newark, New Jersey 07102-5211
Phone: (973) 274-3200
*Attorneys for Defendant*
*Hess Corporation*

SO ORDERED this 7 day of July, 2010.

Hon. Mark Falk
United States Magistrate Judge