# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Non Profit Corporation, and RONALD MOORE, Individually,<br><br>                     Plaintiffs,<br><br>vs.<br><br>HESS CORPORATION, a Delaware Corporation,<br><br>                     Defendant. | Civil Action No.: 2:10-cv-01897-WJM -MF<br><br>ECF Case<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the Complaint in this matter against Defendant Hess Corporation is withdrawn and the action shall be, and the same hereby is, dismissed in its entirety with prejudice, and without fees or costs to any party.

Dated:  August 11, 2010

**THE LAW OFFICES OF ALAN R. ACKERMAN**

By:____s/Alan R. Ackerman_____
Alan R. Ackerman, Esq.
1719 Route 10 East
Parsippany, NJ 07054
(973) 898-1177
araesq@att.net

**FULLER, FULLER & ASSOCIATES, P.A.**
Lawrence A. Fuller, Esq. (*pro hac vice pending*)
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel: (305) 891-5199
Fax: (305) 893-9505
jpf@fullerfuller.com

Attorneys for Plaintiffs
*Access 4 All, Inc. and Ronald Moore*

**PROSKAUER ROSE LLP**

By:_____s/Joseph C. Nuzzo, Jr._____
Joseph C. Nuzzo, Jr.
One Newark Center, 18th Floor
Newark, New Jersey 07102
(973) 274-3200
jnuzzo@proskauer.com

Attorneys for Defendant
*Hess Corporation*

SO ORDERED:

_____
Hon. William J. Martini, U.S.D.J.